BOBBY TAMARI, ESQ. [SBN 297178]
CALIFORNIA LAW GROUP
4554 Sherman Oaks Avenue
Sherman Oaks, California 91403
Tel: (818) 676-9800
Fax: (818) 788-2559

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELA BUSTOS GOMEZ, an Individual; KEVIN GOMEZ GARCIA, a Minor, and ALEJANDRA HERNANDEZ, a Minor, by and through their Guardian Ad Litem, CARMELA BUSTOS GOMEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; COURTNEY HOWARD, an Individual; and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No.:<br>[Assigned for all Purposes to Hon. _____, District Judge]<br><br>**COMPLAINT FOR NEGLIGENCE; REQUEST FOR JURY TRIAL; AND MEDIATION ASSIGNMENT**<br><br>**[PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR INFANT AND INCOMPETENT FILED CONCURRENTLY HEREWITH]** |

Plaintiff, CARMELA GOMEZ, alleges as follows:

1. In the instant action, jurisdiction is based on the provisions of *28 U.S. Code § 1346 (a)(2),(b)(1)*, which provides that an action against the United States for damages from injury is to the Federal Court.

---

COMPLAINT FOR NEGLIGENCE; REQUEST FOR JURY TRIAL; AND MEDIATION ASSIGNMENT[PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR INFANT AND INCOMPETENT FILED CONCURRENTLY HEREWITH]

1

2. Plaintiff, CARMELA GOMEZ, is an individual and a citizen of the State of California.

3. Plaintiff, KEVIN GOMEZ GARCIA, is the minor child of Plaintiff, CARMELA GOMEZ, and is an individual and a citizen of the State of California.

4. Plaintiff, ALEJANDRA GOMEZ, is the minor child of Plaintiff, and an incompetent person, and a citizen of the State of California.

5. Plaintiff, CARMELA BUSTOS GOMEZ, will seek appointment as Guardian ad Litem for Plaintiffs, Kevin Gomez Garcia and Alejandra Gomez, as minors, and an incompetent, unable to represent their own interests.

6. Defendant, United States, is the entity which governs, controls and manages the Federal Bureau of Investigation (sometimes referred to herein as the "F.B.I."), who hired and/or employed Defendant, COURTNEY HOWARD, as an agent or other employee.

7. On information and belief, Defendant, Courtney Howard, is an individual, and Citizen of the United, States, and an employee and/or agent for the Federal Bureau of Investigation, which Plaintiff is informed and believes, and on that basis alleges, is an employee, of the United States, and at said time and place, was operating a Honda Odyssey vehicle bearing License No. 6MDG541, which Vehicle was involved in the accident complained of herein.

COMPLAINT FOR NEGLIGENCE; REQUEST FOR JURY TRIAL; AND MEDIATION ASSIGNMENT[PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR INFANT AND INCOMPETENT FILED CONCURRENTLY HEREWITH]

2

8. The amount in controversy in the within action meets the jurisdictional limit for a Federal court claim, based on medical expenses incurred and pain and suffering damages incurred by the Plaintiff.

## FEDERAL TORT CLAIM PRESENTMENT AND DENIAL

9. As more fully set forth hereinbelow, Plaintiff suffered injuries and damages during an accident with a vehicle owned, operated, maintained and controlled by an authorized representative of the United States during an accident on November 15, 2019.

10. The accident occurred at a McDonald's restaurant parking lot at 1118 Slauson Avenue, Los Angeles, at the intersection of Slauson Street and Central Avenue, and this Court is the proper venue.

11. On or about March 2, 2021, and mailed by Certified Mail, on or about March 4, 2021, Form 95 Claim for Damage, Injury or Death was submitted to the U.S. Department of Justice, Federal Bureau of Investigation, Los Angeles Division.

12. On or about April 27, 2021, the U.S. Department of Justice, Federal Bureau of Investigation, responded to the Claim by Certified Mail, stated (a) as to the claims of minor Plaintiffs, Kevin Gomez Garcia, and Alejandra Hernandez, the Claims were denied; and (2) as to the claims of Carmela Bustos Gomez, a di minimis offer was made, which is rejected by this Complaint. A true and correct copy of the Denial Letters are attached hereto as Exhibit "1".

COMPLAINT FOR NEGLIGENCE; REQUEST FOR JURY TRIAL; AND MEDIATION ASSIGNMENT[PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR INFANT AND INCOMPETENT FILED CONCURRENTLY HEREWITH]

3

13. Plaintiff has timely brought the claim within the six month period provided in 28 U.S.C. § 2401(b) and prior to the lapse of the State of California Statute of Limitations which occurs two (2) years after the claim arises.

## FIRST CAUSE OF ACTION

## (NEGLIGENCE)

14. Plaintiff realleges Paragraphs 1 through 13 as if set forth in full hereat.

15. The accident occurred when Defendant, Courtney Howard, put her vehicle into reverse at a McDonald's restaurant parking lot at 1118 Slauson Avenue, Los Angeles, at the intersection of Slauson Street and Central Avenue, and struck Plaintiff's vehicle causing damage and injuries to the Plaintiffs herein.

16. The impact caused each Plaintiff to suffer personal injuries, pain and suffering, and other damages.

## PRAYER

As a result of the actions of Defendants and each of them, Plaintiffs have suffered the following:

(a) Damage for treatment for personal injuries in an amount of not less than $75,000;

(b) Damage for pain and suffering;

(c) Damage for loss of earnings (as to Plaintiff, Carmela Bustos Gomez);

(d) Damage for loss of earnings' capacity and future loss of earnings (as to all Plaintiffs);

(e) Such other and further relief as this Court deems just and proper.

DATED: May 10, 2021           CALIFORNIA LAW GROUP, APLC

By: /s/ Bobby Tamari
    BOBBY TAMARI, ESQ.
    Attorneys for Plaintiffs